**United States District Court**
**District of Minnesota**

| | |
|---|---|
| Jennifer N. Marah,<br><br>Plaintiff,<br><br>v.<br><br>Diversified Adjustment Service, Inc.,<br>Debbie Doe,<br><br>Defendants. | Court file no. 13-cv-2374 (DSD/JJG)<br><br>**Notice of Dismissal with Prejudice** |

It is hereby stipulated and agreed to by Plaintiff and their attorney that the above-entitled action against Defendants shall be and hereby is dismissed with prejudice, without costs, disbursements, or attorney fees to any party, and that a judgment of dismissal with prejudice may be entered in the above-entitled action.

**[signature follows]**

**The Ryder Law Firm, LLC**

Date: October 10, 2013

*s/Randall P. Ryder*

Randall P. Ryder (#389957)
2701 University Avenue SE, #209
Minneapolis, MN 55414

phone • 612.424.3770
fax • 612.605.3247
e-mail • email@theryderlawfirm.com

Attorney for Plaintiff