# United States District Court
## District of Minnesota

| | |
|---|---|
| Jennifer N. Marah,<br><br>    Plaintiff,<br><br>v.<br><br>Diversified Adjustment Service, Inc.,<br>Debbie Doe,<br><br>    Defendants. | Court file no. 13-cv-2374 (DSD/JJG)<br><br>**Order of Dismissal with Prejudice** |

The court having been advised that the above-entitled action has been resolved, **IT IS ORDERED** that the above-entitled action against Defendants shall be and hereby is dismissed with prejudice, without costs, disbursements, or attorney fees to any party.

Dated:  October 10, 2013

s/David S. Doty
David S. Doty, Judge
United States District Court
